UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

v.  Case No. 1:17-MJ-514 (CFH)

**OLAF TEPPER**
        Defendant

**CHRISTIAN F. HUMMEL**
**U.S. MAGISTRATE JUDGE**

## ORDER APPOINTING THE OFFICE OF THE FEDERAL PUBLIC DEFENDER

Because the above-named person has testified under oath or has otherwise satisfied this court that he or she (1) is financially unable to employ counsel and (2) does not wish to waive counsel, and because the interests of justice so require;

It is hereby **ORDERED** that:

The Office of the Federal Public Defender for the Northern District of New York is assigned representation of the above-named defendant.

*[signature]*
Christian F. Hummel
U.S. Magistrate Judge

**Dated: November 22 2017**