**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF NEW YORK**

---

UNITED STATES OF AMERICA

     v.                                       No. 1:17-MJ-514

OLAF TEPPER,

           Defendant.

---

**CHRISTIAN F. HUMMEL**
**U.S. MAGISTRATE JUDGE**

## ORDER OF DETENTION

The defendant appeared before the undersigned for an initial appearance and detention hearing on November 27, 2017. The United States moved for an order of detention on the ground that the defendant is a risk of flight. Defense counsel did not oppose the government's motion, and reserved the defendant's right to have a detention hearing at a future date should there be a change in circumstances. For the reasons stated at the conclusion of the hearing on November 27, 2017, which are incorporated herein by reference, it is hereby

**ORDERED** that pursuant to 18 U.S.C. § 3142(f), the defendant shall be detained without bail pending further proceedings in this case.

**IT IS FURTHER ORDERED** that the defendant is granted leave to seek reconsideration if circumstances change.

**IT IS SO ORDERED**.

Dated: November 28, 2017
           Albany, New York

*Christian F. Hummel* (signature)

Christian F. Hummel
U.S. Magistrate Judge